# Court of Appeals, State of Michigan

## ORDER

People of MI v Michael Scott Barber

Docket No.    339452

LC No.        2017-015214-FC

Jane M. Beckering
Presiding Judge

Christopher M. Murray

Karen M. Fort Hood
Judges

The motion for reconsideration is GRANTED, and this Court's opinion issued March 12, 2020 is hereby VACATED.  A new opinion is attached to this order.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

July 9, 2020
Date

Chief Clerk